JOHN B. EAGLE, as Administrator, etc., Respondent, *v.* ROCH-ESTER PAPER COMPANY, Appellant.

(Argued February 8, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 20, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*George F. Yeoman* for appellant.

*P. Chamberlain, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.